IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ISABEL BAUBLITZ, ET AL. | * | |
| Plaintiffs | * | |
| v. | * | CASE NO. 1:10-cv-00819-WMN |
| | * | |
| PENINSULA REGIONAL MEDICAL CENTER ET AL. | * | |
| | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL

Pursuant to F.R.C.P. 41(a), please enter a dismissal with prejudice of all claims asserted in the above-captioned action.

E. Dale Adkins, III
Salsbury, Clements, Bekman,
  Marder & Adkins, LLC
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201
Attorneys for Plaintiffs

Thomas C. Marriner  (w/ authority)
Wharton, Levin, Ehrmantraut
  & Klein. P.A.
104 West Street
P.O. Box 551
Annapolis, Maryland 21404-0551
Attorneys for John R. McLean, M.D.
and John R. McLean, M.D. &
Associates, P.A.

John R. Penhallegon
Cornblatt, Bennett, Penhallegon
 & Roberson, P.A.
100 W. Pennsylvania Avenue, Suite 100
Towson, Maryland 21204
(410) 752-7600
Attorneys for Peninsula Regional
Medical Center and Peninsula Regional
Health System, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of August, 2011, a copy of the foregoing Stipulation of Dismissal was mailed, postage prepaid, to:

> E. Dale Adkins, III, Esquire
> Salsbury, Clements, Bekman,
>   Marder & Adkins, LLC
> 300 W. Pratt Street, Suite 450
> Baltimore, Maryland 21201
>
> Thomas C. Marriner, Esquire
> Wharton, Levin, Ehrmantraut
>   & Klein, P.A.
> 104 West Street
> P.O. Box 551
> Annapolis, Maryland 21404-0651

_____
John R. Penhallegon